UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUDITH PUETTE,

     Plaintiff,

vs.

WALMART INC., dba WALMART #3277, a foreign corporation; JOHN DOES 1-5, inclusive; ABC CORPORATIONS 1-5, inclusive; BLACK AND WHITE COMPANIES 1-5, inclusive; Defendants.

_____/

CASE NO.:  2:25-cv-02422-GMN-EJY

## **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

The Court, having reviewed Plaintiff's Motion to Remand, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is permitted to join Defendant Angel Lopez pursuant to 28 U.S.C. § 1447(e).

IT IS FURTHER ORDERED that, as a result of the joinder of a non-diverse defendant, this Court lacks subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

IT IS FURTHER ORDERED that this action is REMANDED to the Second Judicial District Court of the State of Nevada, in and for the County of Washoe.

The Clerk of Court is kindly directed to close this case.

**DATED** this _20_ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court